# BIANCAMANO & DI STEFANO

JOSEPH V. BIANCAMANO
ANTHONY R. DISTEFANO+
MATTHEW GITTERMAN+
GEORGE KAROUSATOS*
FREDERIC PEPE
LAWRENCE F. CITRO**++

SHARON LATORACCA*
JAMES PASSANTINO*
DEBORAH W. BRENNER
ROBERT H. KLAUSNER
ROBERT B. DENNER
BRENT R. POHLMAN**
CHARLES W. ATKINSON, III

OF COUNSEL
ANTHONY C. FAMULARI

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

EXECUTIVE PLAZA
10 PARSONAGE ROAD
SUITE 300
EDISON, NEW JERSEY 08837

PHONE: (732) 549-0220
TELECOPIER: (732) 549-0068

FIRM WEBSITE:
WWW.BDLAWFIRM.COM

*NJ & PA BARS
**NJ &NY BARS
+CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A WORKERS'
COMPENSATION LAW ATTORNEY
++CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A CIVIL
TRIAL ATTORNEY

July 19, 2011

**_VIA FACSIMILE (973) 645-3841_**

Magistrate Claire C. Cecchi, U.S.M.J.
United States District Court
District of New Jersey, Newark Vicinage
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: Union City Police Officer Terence M. Gordon v. The City of Union City
Civil Action No.: 09-3679 (JLL)
Our File No.: 20085-01120 JP

Dear Magistrate Cecchi:

Pursuant to the Court's Order, please view this correspondence as a status update with regard to the proposed settlement of this matter.

As Your Honor is aware, the parties have agreed to a settlement in principle. However, given the nature of the litigation and the terms of the settlement, we must obtain the approval of the New Jersey Civil Service Commission ("Commission"). Our request for approval from the Commission was made many months ago. Initially, the approval was held up due to the fact that the Commission did not have an adequate number of members to vote on the approval. Thereafter, I have been informed that there is an enormous backlog within the Commission, and that they have just not reached this matter, despite out request to expedite the approval.

I have been advised that although the matter has not been heard, it should be scheduled for presentment before the Commission within the next 60 to 90 days.

I have again requested of the Commission that this matter be expedited, but I have been informed that the backlog due to the previous problems with the Commission is currently problematic. I trust that this is responsive to Your Honor's inquiry. Should you require any additional information, please do not hesitate to contact me.

July 19, 2011
Page 2

Thank you.

                                        Respectfully Submitted,

                                        */s/ James Passantino (JP9441)*

                                        James Passantino
JP/las                               j.passantino@bdlawfirm.com

cc:    Patrick P. Toscano, Jr., Esq. – via facsimile (973) 226-1693

By September 15, 2011, the parties shall advise the undersigned as to the status of the settlement of this matter.

                                      SO ORDERED

                                        *s/Claire C. Cecchi*
                                        Claire C. Cecchi, U.S. D.J.

                                        Date: July 19, 2011